UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1313

HENRY IMMANUEL,

Petitioner,

versus

UNITED STATES DEPARTMENT OF LABOR; THE RAILWAY
MARKET,

Respondents.

On Petition for Review of an Order of the Administrative Review
Board.  (04-062-ARB)

Submitted:  February 5, 2007       Decided:  February 23, 2007

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Richard E. Condit, PUBLIC EMPLOYEES FOR ENVIRONMENTAL
RESPONSIBILITY, Washington, D.C., for Petitioner.  Thomas J.
McAndrew, Providence, Rhode Island, for Respondents.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Immanuel petitions for review of the United States Department of Labor Administrative Review Board's Final Decision and Order accepting the Administrative Law Judge's Recommended Decision and Order to dismiss his complaint for being untimely under the statutory deadline. We have reviewed the record and find no reversible error. Accordingly, we deny the petition for the reasons stated by the Administrative Review Board. <u>Immanuel v. United States Dep't of Labor</u>, No. 04-062-ARB (ARB Dec. 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>